Decided July 2, 2002

## STATE OF CONNECTICUT *v.* JOHNNY B. LEE

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 902 (AC 21811), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Thomas M. Conr*oy, special public defender, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided July 2, 2002